Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−12928−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michele G. Tribianni                                   Lisa F. Tribianni
   aka Michele Galvin−Tribianni                           10 Daniel Place
   10 Daniel Place                                        Matawan, NJ 07747
   Matawan, NJ 07747

Social Security No.:
   xxx−xx−8713                                            xxx−xx−1021

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

   You are hereby notified that the above−named case will be closed without entry of discharge on or after July 20, 2020 for the reason(s) indicated below.

☐    Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: June 18, 2020
JAN: pbf

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Michele G. Tribianni
Lisa F. Tribianni
    Debtors

Case No. 15-12928-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 18, 2020
                      Form ID: clsnodsc    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2020.
db/jdb       +Michele G. Tribianni,    Lisa F. Tribianni,    10 Daniel Place,    Matawan, NJ 07747-9518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 19 2020 00:07:35     U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 19 2020 00:07:32     United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2020 at the address(es) listed below:
               Albert    Russo    docs@russotrustee.com
               Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
               Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
               Brian C. Nicholas    on behalf of Creditor    Bank of America, National   Association    bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
               Denise E. Carlon    on behalf of Creditor    Bank of America, National   Association    dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
               Denise E. Carlon    on behalf of Creditor    Bank of America, National Association    dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
               Joseph M. Shapiro    on behalf of Joint Debtor Lisa F. Tribianni jshapiro@middlebrooksshapiro.com
               Joseph M. Shapiro    on behalf of Debtor Michele G. Tribianni jshapiro@middlebrooksshapiro.com
               Kevin Gordon McDonald    on behalf of Creditor    Bank of America, National Association    kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
               Melinda D. Middlebrooks    on behalf of Debtor Michele G. Tribianni    middlebrooks@middlebrooksshapiro.com,    melindamiddlebrooks@gmail.com
               Melinda D. Middlebrooks    on behalf of Joint Debtor Lisa F. Tribianni    middlebrooks@middlebrooksshapiro.com,    melindamiddlebrooks@gmail.com
                                                                                                                                                                                                     TOTAL: 11