Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  15−12928−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michele G. Tribianni | Lisa F. Tribianni |
| aka Michele Galvin−Tribianni | 10 Daniel Place |
| 10 Daniel Place | Matawan, NJ 07747 |
| Matawan, NJ 07747 | |

Social Security No.:
   xxx−xx−8713                                              xxx−xx−1021

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: July 20, 2020                          Michael B. Kaplan
                                              Judge, United States Bankruptcy Court